# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MAKAL BRUSAMTONE MAKFARSAN,

Plaintiff,

v.

ROB BONTA, et al.,

Defendants.

Case No.: 1:26-cv-02853 JLT CDB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AS FRIVOLOUS

(Doc. 9)

Plaintiff seeks to hold defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. The magistrate judge recommended this action be dismissed as frivolous. (Doc. 9.) The Court served the findings and recommendations on Plaintiff, warned him that objections were due within 14 days, and advised that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 2-3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff filed timely objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case.  Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.  The Findings and Recommendations issued on April 30, 2026 (Doc. 9) are

**ADOPTED** in full.

2. This action is **DISMISSED** as frivolous.

3. The Clerk of the Court is directed to terminate any pending motions or deadlines and to close this case.

IT IS SO ORDERED.

Dated:    **May 15, 2026**

UNITED STATES DISTRICT JUDGE

2